| | | |
|---|---|---|
| COMMERCIAL RECOVERY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 1:13-cv-177-SEB-TAB |
| AMERICAN FINANCIAL CREDIT SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This cause is set for a **telephonic status conference at 4:30 p.m. on September 23, 2013.**

Parties shall participate in this conference by counsel, who shall contact the Court at 317-229-3660.

The purpose of this conference is to address case management and settlement.

Dated: 09/10/2013

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution:

Todd G. Vare
BARNES & THORNBURG LLP
todd.vare@btlaw.com

Peter Scott Veregge
CISLO & THOMAS LLP
peter@cislo.com

Arend J. Abel
COHEN & MALAD LLP
aabel@cohenandmalad.com

Michael J. Blinn
COHEN & MALAD LLP
mblinn@cohenandmalad.com

Gregory J. Myers
LOCKRIDGE GRINDAL NAUEN PLLP
gjmyers@locklaw.com

Shawn M. Perry
PERRY & PERRY PLLP
shawn.perry@pppllp.com