UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMERCIAL RECOVERY CORPORATION,   )<br>                                         )<br>              Plaintiff,           )<br>                                         )<br>        vs.                          )    No. 1:13-cv-00177-SEB-TAB<br>                                         )<br>AMERICAN FINANCIAL CREDIT      )<br>SERVICES, INC.,                   )<br>                                         )<br>              Defendant.         )  | |

**CASE MANAGEMENT PLAN ORDER**

\_\_\_\_\_X\_\_\_\_   PARTIES APPEARED BY COUNSEL ON SEPTEMBER 23, 2013, FOR A TELEPHONIC STATUS CONFERENCE.

_____   APPROVED AS SUBMITTED.

\_\_\_\_\_X\_\_\_\_   APPROVED AS AMENDED.  [DOCKET NO. 25]

_____   APPROVED AS AMENDED PER SEPARATE ORDER.

_____   APPROVED, BUT ALL OF THE FOREGOING DEADLINES ARE SHORTENED/LENGTHENED BY _____ MONTHS.

_____   APPROVED, BUT THE DEADLINES SET IN SECTION(S) _____ OF THE PLAN IS/ARE SHORTENED/LENGTHENED BY _____ MONTHS.

_____   THIS MATTER IS SET FOR TRIAL BY _____ ON _____ _____.  FINAL PRETRIAL CONFERENCE IS SCHEDULED FOR _____ AT _____ .M., ROOM _____.

_____   A STATUS CONFERENCE IS SET IN THIS CASE FOR _____ AT _____ .M.  COUNSEL SHALL APPEAR:

_____ IN PERSON IN ROOM _____; OR

_____ BY TELEPHONE.  COUNSEL OF RECORD WILL BE CONTACTED WITH INSTRUCTIONS ON HOW TO ACCESS THIS CALL.

_____ BY TELEPHONE, WITH COUNSEL CALLING THE JUDGE'S STAFF AT (317) 229-3660.

_____ LIABILITY DISCOVERY SHALL BE COMPLETED BY _____.

_____ DISPOSITIVE MOTIONS SHALL BE FILED NO LATER THAN _____.

By separate order, this case will be set for a settlement conference at 1:30 p.m. on December 10, 2013.

The Case Management Plan is approved as amended as follows:  (1) The parties shall serve their Fed. R. Civ. P. 26 initial disclosures on or before **October 7, 2013**, and (2) all motions for leave to amend the pleadings and/or to join additional parties shall be filed on or before **October 31, 2013**.

The Court adopts Plaintiff's discovery proposal, and rejects Defendant's discovery proposal for phased discovery, as set forth in Section III. A.  The Court does so because the invalidity challenge failed in the Eastern District of Washington and because this case already has been pending over eight months.  Nevertheless, the parties are encouraged to narrow and focus their initial discovery requests in this case, particularly given that the limited discovery requests raised with the Court at the September 23, 2013, conference were exceedingly broad.  The December 10, 2013, settlement conference provides a further basis to focus initial discovery.  Plaintiff should advise Defendant by September 30, 2013, of how it will narrow its discovery requests.  With respect to the CMP dispute regarding metadata, the Court finds that the use of load files as suggested by the Plaintiff is appropriate, but otherwise adopts Defendant's proposal for production of any metadata.

Upon approval, this Plan constitutes an Order of the Court.  Failure to comply with an Order of the Court may result in sanctions for contempt, or as provided under Rule 16(f), to and including dismissal or default.

Dated:  9/26/2013

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Todd G. Vare
BARNES & THORNBURG LLP
todd.vare@btlaw.com

Peter Scott Veregge
CISLO & THOMAS LLP
peter@cislo.com

Arend J. Abel
COHEN & MALAD LLP
aabel@cohenandmalad.com

Michael J. Blinn
COHEN & MALAD LLP
mblinn@cohenandmalad.com

Gregory J. Myers
LOCKRIDGE GRINDAL NAUEN PLLP
gjmyers@locklaw.com

Shawn M. Perry
PERRY & PERRY PLLP
shawn.perry@pppllp.com